1  MICHAEL BARNES (State Bar No. 121314)
   IAN R. BARKER (State Bar No. 240223)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300

5  Email: mbarnes@sonnenschein.com
          ibarker@sonnenschein.com
6
7  ROBERT W. HAYES (*pro hac vice* admission pending)
   COZEN O'CONNOR
8  1900 Market Street
   Philadelphia, PA 19107
   Telephone: (215) 665-2000
9  Facsimile: (215) 665-2013

10 Email: rhayes@cozen.com

11 Attorneys for Plaintiff
   BEL CONOR INTERNATIONAL, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| BEL CONOR INTERNATIONAL, LTD., a foreign corporation incorporated in Hong Kong, | Case No. CV 09-4391-JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION OF ROBERT W. HAYES FOR ADMISSION *PRO HAC VICE* |
| vs. | |
| SOLTA MEDICAL, INC., a Delaware Corporation, | |
| Defendant. | |

-1-

No. CV 09-4391-JSW

[PROPOSED] ORDER GRANTING R. HAYES' APPLICATION FOR ADMISSION PRO HAC VICE

1  Robert W. Hayes, an active member in good standing of the bar of the State of
2  Pennsylvania, whose business address and telephone number are COZEN O'CONNOR, 1900
3  Market Street, Philadelphia, PA 19107, (215) 665-2000, having applied in the above-entitled
4  action for admission to practice in the Northern District of California on a pro hac vice basis,
5  representing Plaintiff Bel Conor International, Ltd.

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac
8  vice. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 24, 2009

Jeffrey S. White
United States District Judge

-2-

No. CV 09-4391-JSW

[PROPOSED] ORDER GRANTING R. HAYES'
APPLICATION FOR ADMISSION PRO HAC VICE