GRANTED

SEP 21 PM 2: 21

RICHARD W. WIKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BARNES (State Bar No. 121314)
IAN R. BARKER (State Bar No. 240223)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Email: mbarnes@sonnenschein.com
        ibarker@sonnenschein.com

ROBERT W. HAYES (*pro hac vice* admission pending)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19107
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

Email: rhayes@cozen.com

Attorneys for Plaintiff
BEL CONOR INTERNATIONAL, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BEL CONOR INTERNATIONAL, LTD., a foreign corporation incorporated in Hong Kong, <br><br> Plaintiff, <br><br> vs. <br><br> SOLTA MEDICAL, INC., a Delaware Corporation, <br><br> Defendant. | Case No. CV 09-4391-JSW <br><br> [PROPOSED] ORDER GRANTING APPLICATION OF ROBERT W. HAYES FOR ADMISSION *PRO HAC VICE* |

-1-

[PROPOSED] ORDER GRANTING R. HAYES'
APPLICATION FOR ADMISSION PRO HAC VICE

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CA 94105
(415) 882-5000

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CA 94105
(415) 882-5000

1    Robert W. Hayes, an active member in good standing of the bar of the State of

2    Pennsylvania, whose business address and telephone number are COZEN O'CONNOR, 1900

3    Market Street, Philadelphia, PA 19107, (215) 665-2000, having applied in the above-entitled

4    action for admission to practice in the Northern District of California on a pro hac vice basis,

5    representing Plaintiff Bel Conor International, Ltd.

6        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

8    vice. Service of papers upon and communication with co-counsel designated in the application

9    will constitute notice to the party. All future filings in this action are subject to the requirements

10   contained in General Order No. 45, *Electronic Case Filing.*

11

12   Dated: September 24, 2009

13   Jeffrey S. White
     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

No. CV 09-4391-JSW                                [PROPOSED] ORDER GRANTING R. HAYES'
                                                  APPLICATION FOR ADMISSION PRO HAC VICE