IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEL CONOR INTERNATIONAL,

    Plaintiff,

    v.

SOLTA MEDICAL, INC.,

    Defendant.

No. C 09-04391 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CONTINUING STAY**

The Court has received and considered the parties' Joint Case Management Conference Statement, and HEREBY CONTINUES the case management conference currently set for March 12, 2010 to September 10, 2010 at 1:30 p.m. The parties shall submit a further Joint Case Management Conference Statement on or before September 3, 2010.

**IT IS SO ORDERED.**

Dated: March 8, 2010

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE