MICHAEL BARNES (State Bar No. 121314)
IAN R. BARKER (State Bar No. 240223)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Emails: michael.barnes@snrdenton.com
        ian.barker@snrdenton.com

ROBERT W. HAYES (admitted *pro hac vice*)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19107
Telephone: (215) 665-2000
Facsimile: (215) 665-2013
Email: rhayes@cozen.com

Attorneys for Plaintiff
BEL CONOR INTERNATIONAL, LTD.

TOD L. GAMLEN (State Bar No. 83458)
KEITH L. WURSTER (State Bar No. 198918)
BAKER & McKENZIE LLP
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: (650) 856-2400
Facsimile: (650) 856-9299
Emails: tod.l.gamlen@bakernet.com
        keith.l.wurster@bakernet.com

Attorneys for Defendant
SOLTA MEDICAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BEL CONOR INTERNATIONAL, LTD., a foreign corporation incorporated in Hong Kong,<br><br>        Plaintiff,<br><br>  vs.<br><br>SOLTA MEDICAL, INC., a Delaware Corporation,<br><br>        Defendant. | Case No. CV 09-4391-JSW<br><br>STIPULATION AND [PROPOSED] ORDER STAYING ACTION AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Current Initial Case Management Conference Date: December 3, 2010<br>Time:  1:30 p.m.<br>Place  9th Floor, Courtroom 11<br>Before:  Hon. Jeffrey S. White |

No. CV 09-4391-JSW     STIPULATION TO STAY ACTION AND CONTINUE INITIAL CASE
MANAGEMENT CONFERENCE

Pursuant to the Court's Order, dated August 31, 2010, and Civil Local Rules 6-1(b) and 6-2, the parties submit this Joint Stipulation requesting that this action remain stayed, and the parties' Initial Case Management Conference currently scheduled for December 3, 2010 be continued for approximately sixty (60) days. The parties, accordingly, by and through their respective counsel, hereby stipulate and agree to the following:

On September 17, 2009, Plaintiff Bel Conor International, Ltd. ("Bel Conor") filed a Complaint and Motion for a Preliminary Injunction against Defendant Solta Medical, Inc. ("Solta"), arising out of a dispute concerning the parties' International Distribution Agreement ("Agreement"). Bel Conor sought to obtain preliminary injunctive relief prohibiting Solta from interfering with its asserted rights under the Agreement to exclusively distribute the ThermaCool System in China, granting any other party distribution rights to the ThermaCool System in the territory and increasing the price of the ThermaCool System pending the resolution of an arbitration between the parties. In accordance with the arbitration clause in the Agreement, Bel Conor filed a Statement of Claim with the American Arbitration Association on or about September 23, 2009, seeking specific performance of the Agreement and damages.

Solta responded by filing an opposition to Bel Conor's Motion for Preliminary Injunction and a Motion to Dismiss the Complaint, disputing, among other things, Bel Conor's asserted right to exclusively distribute the "ThermaCool System" in China, the issuance of an injunction to enforce an exclusive distribution agreement under California law, as well as the general scope and character of the rights asserted by Bel Conor in the Complaint, Motion for Preliminary Injunction and notice of arbitration.

Thereafter, the parties reached an interim agreement that while in place, and is adhered to, eliminates the need for Bel Conor to obtain injunctive relief. This interim agreement was memorialized in a joint Stipulation which was filed with this Court on October 16, 2009. [Docket 28]. By way of this Stipulation, the parties agreed that Bel Conor's Motion for Preliminary Injunction and Solta's Motion to Dismiss will be taken off the Court's calendar, and this action stayed pending the resolution of the parties' arbitration proceedings. The Stipulation

No. CV 09-4391-JSW 1 STIPULATION TO STAY ACTION AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

further provided, among other things, that: (a) Solta and Bel Conor would immediately reinstate the Agreement from October 14, 2009 through the date that the parties reach a negotiated agreement concerning the present dispute, or the date that the parties resolve their current dispute in arbitration, which ever date shall come first (hereinafter referred to as the "Reinstatement Period"); and, (b) that Solta and Bel Conor will notify the Court after the Reinstatement Period has ended as to whether any further proceedings are necessary in this action and/or this action shall be dismissed.

On October 19, 2009, the Court approved and entered the parties' Stipulation, which resulted in the stay of this action pending the resolution of the parties' arbitration proceedings or further order of the Court. [Docket 29]. Thereafter, the Court ordered that the parties' Initial Case Management Conference set for January 15, 2010 be continued to March 12, 2010, and that the parties submit a Joint Case Management Conference Statement by March 5, 2010. [Docket 30].

On March 5, 2010, the parties filed a Joint Case Management Conference Statement informing that there were currently no legal issues before the Court since this matter was stayed pursuant to the parties' joint Stipulation for interim relief and the arbitration proceedings remained pending. [Docket 31]. Consequently, on March 8, 2010, the Court ordered that the parties' Initial Case Management Conference set for March 12, 2010 be continued to September 10, 2010, and that the parties submit a Joint Case Management Conference Statement on or before September 3, 2010. [Docket 32].

On August 30, 2010, the parties submitted a second Joint Case Management Conference Statement informing the Court that the arbitration proceedings remain pending and the parties had reached agreement as to the material terms of a settlement, which was in the process of being finalized and executed. [Docket 33]. The parties, accordingly, requested that this action remain open, but stayed, until the parties have finalized the form of the settlement agreement, and Arbitration is closed. [Docket 33].

No. CV 09-4391-JSW　　　　　　　　　2　STIPULATION TO STAY ACTION AND CONTINUE
　　　　　　　　　　　　　　　　　　　　　INITIAL CASE MANAGEMENT CONFERENCE

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    On August 31, 2010, the Court entered a Case Management Order (hereinafter, "August

2 31st Order") continuing the parties' Initial Case Management Conference to December 3, 2010,

3 and ordering that this matter will remain open, but stayed pending resolution of the parties'

4 arbitration proceedings and further Order of this Court. [Docket 34]. The Court's August 31st

5 Order further instructed that:

6

7    If there will be further proceedings in this case, the parties shall submit
     a further case management conference statement by no later than
8    November 24, 2010.  If, however, the parties jointly request a further
     continuance and stay, they need only submit a stipulation and proposed
9    order to that effect by November 24, 2010.

10 [Docket 34].

11    The parties are still in the process of finalizing the form of the settlement agreement. The

12 parties expect that a settlement agreement will be finalized and executed within the next sixty

13 (60) days.  Therefore, in accordance with the procedure set forth in the Court's August 31st

14 Order, the parties stipulate, agree and jointly request that this action remain stayed until the

15 parties have finalized the form of the settlement agreement, and Arbitration is closed. The

16 parties further request that the parties' Initial Case Management Conference currently scheduled

17 for December 3, 2010 be continued for approximately sixty (60) days.

18

19 Dated: November 18, 2010                   Respectfully submitted,

20                                            SNR DENTON US LLP

21

22                                            By_____ /s/ Ian R. Barker _____
                                                      IAN R. BARKER
23
                                              Attorneys for Plaintiff
24                                            BEL CONOR INTERNATIONAL, LTD.

25

26

27

28

No. CV 09-4391-JSW                      3    STIPULATION TO STAY ACTION AND CONTINUE
                                             INITIAL CASE MANAGEMENT CONFERENCE

|   |   |   |
|---|---|---|
| 1 | Dated: November 18, 2010 | BAKER & McKENZIE |

By  */s/ Keith L. Wurster*
　　　　　KEITH L. WURSTER

Attorneys for Defendant
SOLTA MEDICAL, INC.

### **ATTESTATION CLAUSE**

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: November 18, 2010        By: _____*/s/ Ian R. Barker*_____
　　　　　　　　　　　　　　　　　　IAN R. BARKER

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

No. CV 09-4391-JSW           4   STIPULATION TO STAY ACTION AND CONTINUE
　　　　　　　　　　　　　　　　　INITIAL CASE MANAGEMENT CONFERENCE

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and Local Rule 6-1(b) and 6-2, it is hereby ordered that this matter will remain open, but stayed, pending resolution of the parties' arbitration proceedings and further Order of this Court. It is further hereby ordered that the Case Management Conference currently set for December 3, 2010 at 1:30 p.m. shall be continued ~~for a period of sixty (60) days.~~ to February 11, 2011 at 1:30 p.m. A joint case management statement shall be due on or before February 4, 2011.

IT IS SO ORDERED.

Dated: November 24, 2010

_____
Hon. Jeffrey S. White

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

No. CV 09-4391-JSW     5    STIPULATION TO STAY ACTION AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE